USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _04/09/2018_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**CASE NO.: 18-cv-00309**
**Hon. Jesse M Furman**

|  |  |
|---|---|
| **SAMUEL E. DAVIS,** on behalf of himself and all others similarly situated individuals,<br><br>    Plaintiff,<br>  v.<br><br>**CAVALRY PORTFOLIO SERVICES, LLC and SCHACHTER PORTNOY, LLC,**<br><br>    Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Samuel E. Davis and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants Cavalry Portfolio Services, LLC and Schachter Portnoy, LLC.

Dated: April 6, 2018
    New York, NY

          LAW OFFICE OF ABEL L. PIERRE, PC

          By: _____
          Abel L. Pierre, Esq.
          Attorneys for Plaintiff
          140 Broadway, 46th Floor
          New York, New York 10005
          Telephone:  (212) 766-3323
          Facsimile:  (212) 766-3322
          abel@apierrelaw.com

The Clerk of Court is directed to close this case. All motions are denied as moot. All conferences are cancelled.

SO ORDERED.

April 9, 2018